UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHIEL GLEN OAKES,<br><br>                Petitioner,<br><br>   v.<br><br>DONALD R. HOLBROOK,<br><br>                Respondent. | Case No. C20-996-JCC-MLP<br><br>ORDER GRANTING MOTION TO STAY AND ABEY |

Currently before the Court is Petitioner's motion to stay and abey this 28 U.S.C. § 2254 habeas action while he exhausts his state court remedies. (Dkt. # 4.) Respondent does not object to the request. (Dkt. # 8.) For the reasons stated in the parties briefing, the Court agrees that staying this action is proper under the circumstances. Accordingly, the Court finds and ORDERS:

(1) Petitioner's motion to stay and abey (dkt. # 4) is GRANTED. These proceedings will be held in abeyance pending resolution of Petitioner's pending state court proceedings.

(2) Petitioner shall file a status report regarding his state court proceedings **every 180 days**.

ORDER GRANTING MOTION TO STAY
AND ABEY - 1

(3) Petitioner shall notify the Court and move to lift the stay **within 30 days** of the final resolution of his state court proceedings.

(4) The Clerk is directed to statistically close this case and to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 12th day of August, 2020.

*/s/ M.J. Peterson*
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION TO STAY
AND ABEY - 2