UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHIEL GLEN OAKES,

          Petitioner,

v.

DONALD R. HOLBROOK,

          Respondent.

Case No. C20-996-JCC-MLP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Based on Petitioner's "Agreed Motion to Continue Reply Brief Deadline" ("Petitioner's Motion"), and finding good cause, the Court GRANTS Petitioner's Motion (dkt. # 25). Petitioner is directed to file his Reply to Respondent's Answer on or before **October 22, 2021**. Respondent's Answer (dkt. # 14) is RE-NOTED on the Court's calendar for consideration on **October 29, 2021.** Respondent shall file any reply brief in support of his answer by that date.

The Clerk is directed to send copies of this Order to the parties and to the Honorable John C. Coughenour.

Dated this 18th day of August, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1