UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHIEL GLEN OAKES,

              Petitioner,

v.

DONALD R. HOLBROOK,

              Respondent.

Case No. C20-996-JCC-MLP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

      Based on Petitioner's "Agreed Second Motion for Extension to File Petitioner's Reply Brief" ("Petitioner's Motion"), and finding good cause, the Court GRANTS Petitioner's Motion (dkt. # 27). Petitioner is directed to file his Reply to Respondent's Answer on or before **November 22, 2021**. Respondent's Answer (dkt. # 14) is RE-NOTED on the Court's calendar for consideration on **November 29, 2021.** Respondent shall file any reply brief in support of his answer by that date. The Clerk is directed to send copies of this Order to the parties and to the Honorable John C. Coughenour.

      Dated this 20th day of October, 2021.

                                            MICHELLE L. PETERSON
                                            United States Magistrate Judge