UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHIEL GLEN OAKES,

           Petitioner,

   v.

DONALD R. HOLBROOK,

           Respondent.

Case No. C20-996-JCC-MLP

ORDER

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter is before the Court on Petitioner Michiel Glen Oakes' Unopposed Motion for Leave to File Overlength Surreply ("Petitioner's Motion"). (Dkt. # 36.) On December 6, 2021, this Court granted Petitioner leave to file a surreply addressing the time either included or excluded for the tolling of the federal statute of limitations to file a habeas petition. (Dkt. # 34.) Petitioner's Motion requests that the Court grant leave to file a surreply in excess of the three-page limit authorized under Local Civil Rule 7(g)(3).[1] (Dkt. # 36 at 1-2.) Petitioner argues that leave is warranted due to this matter's complicated procedural history. (Dkt. # 36 at 2.)

---

[1] Petitioner's Motion does not articulate the specific number of pages requested in excess of the limit, as required by LCR 7(g)(2). (*See* dkt. # 36 at 1-2.) Nevertheless, the Court notes a nine-page surreply was filed concurrently with Petitioner's Motion. (*See* dkt. # 35.)

ORDER - 1

1 | Based on Petitioner's Motion, and that Respondent has no opposition, the Court hereby
2 | ORDERS that Petitioner's Motion (dkt. # 36) is GRANTED. Petitioner's overlength surreply
3 | (dkt. # 35) is accepted as filed.
4 | Dated this 3rd day of January, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2